**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Chism, III, | No. 1:08-cv-00103-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| J. Ward, Chief Deputy Warden; Ken Clark, Warden; S. Sherman, Associate Warden; S. Smith, Correctional Lieutenant; Ricky Gomez, Correctional Counselor II; and C. Palmer, Correctional Officer, | |
| Defendants. | |

Plaintiff William Chism, an inmate at a California state prison, filed a complaint against Defendants on January 22, 2008. Plaintiff alleges that Defendants knowingly allowed him to be beaten by another inmate and that he sustained serious injuries as a result of the assault. The complaint asserts a violation of civil rights under 42 U.S.C. § 1983 and state law claims for negligence and infliction of emotional distress. Dkt. #1.

Defendants have filed a motion to dismiss the state law claims on the ground that Plaintiff failed to comply with the California Tort Claims Act. Dkt. #23. Plaintiff does not oppose the motion. Dkt. #25. The Court therefore will dismiss the state law claims (counts two through five). Dkt. #1 ¶¶ 44-58.

Plaintiff has filed a *Pitchess* motion requesting complaints made by other inmates and related information contained in Defendants' personnel files. Dkt. #20; *see* Dkt. ##21, 22 26. In *Pitchess v. Superior Court*, 522 P.2d 897 (Cal. 1974), the California Supreme

Court held that a criminal defendant is entitled to a law enforcement officer's personnel records if the defendant can show the records are necessary character evidence. A *Pitchess* motion "may be appropriate only if brought by a defendant in the context of a state criminal trial, not by a plaintiff in a federal civil rights action." *Turner v. Spence*, No. CIV S 07-0022 GGH P, 2008 WL 927709, at *9 (E.D. Cal. Apr. 4, 2008) (citations omitted). Plaintiff's *Pitchess* motion will be "denied because it is misplaced in this federal civil action." *Williams v. Adams*, No. 1:05-cv-00124-AWI-SMS PC, 2009 WL 1220311, at *8 (E.D. Cal. May 4, 2009).

Moreover, the motion is supported by nothing more than "information and belief." *See* Dkt. ##21 at 2, 22 ¶¶ 2-5. Plaintiff has established no factual link between the allegations of the complaint and the records he seeks. Review of Defendants' personnel records would constitute an impermissible fishing expedition.

**IT IS ORDERED:**

1.    Defendants' unopposed motion to dismiss (Dkt. #23) is **granted**.

2.    The four state law claims asserted in the complaint (Dkt. #1 ¶¶ 44-58) are **dismissed**.

3.    Plaintiff's motion for leave request for production of documents (Dkt. #20) is **denied**.

DATED this 26th day of February, 2010.

_____
David G. Campbell
United States District Judge