# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Chism, III,<br><br>        Plaintiff,<br><br>vs.<br><br>J. Ward, Chief Deputy Warden; Ken Clark, Warden; S. Sherman, Associate Warden; S. Smith, Correctional Lieutenant; Ricky Gomez, Correctional Counselor II; and C. Palmer, Correctional Officer,<br><br>        Defendants.<br>_____/ | No. 1:08-cv-0103-DGC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

        William H. Chism, III, inmate # T-33931, a necessary and material witness in a settlement conference in this case on February 17, 2011, is confined in Sierra Conservation Center, 5001 O'Byrnes Ferry Road, Jamestown, California 95327, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #1 on February 17, 2011 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:      January 18, 2011

_____
David G. Campbell
United States District Judge

chis0103.841