IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Chism, III, | No. 1:08-cv-0103-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| J. Ward, Chief Deputy Warden; Ken Clark, Warden; S. Sherman, Associate Warden; S. Smith, Correctional Lieutenant; Ricky Gomez, Correctional Counselor II; and C. Palmer, Correctional Officer, | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Communication between the court and inmate plaintiff William H. Chism, CDCR # T-33931, is required prior to a settlement conference set before Magistrate Judge Craig M. Kellison on February 17, 2011.  By this order, the court directs the Warden and the correctional staff at Pleasant Valley State Prison to facilitate a video conference between court representatives Amanda Brown and Alex Zeesman and inmate plaintiff William H. Chism.  The video conference must be a confidential communication between the court representatives and inmate plaintiff Mr. Chism.  Mr. Chism must be able to communicate with the court representatives without having his conversation overheard by others, including correctional officers.  This order, however, does not prohibit correctional staff

from maintaining visual surveillance of Mr. Chism during his video conference with court representatives.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Warden and correctional staff at Sierra Conservation Center shall facilitate a video conference between inmate plaintiff William H. Chism and court representatives Amanda Brown and Alex Zeesman.

2. The video conference shall be placed on February 10, 2011 at 9:00 a.m. and shall continue without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Correctional staff shall initiate the video conference.  To obtain the ISDN, correctional staff shall contact Andre Carrier, Telecom Systems Administrator for the Eastern District of California, Sacramento, at (916) 930-4223.

3. The video conference shall be a confidential communication between the court representatives and the inmate plaintiff and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Chism under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of Sierra Conservation Center, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Sierra Conservation Center via facsimile at (209) 984-8571.

DATED this 8th day of February, 2011.

_____
David G. Campbell
United States District Judge