UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. CHISM, III,<br><br>    Plaintiffs,<br><br>vs.<br><br>J. WARD, et al.,<br><br>    Defendants. | Case No.   1:08-cv-0103-DGC<br><br>**SUBSTITUTION OF ATTORNEY [SETTLEMENT CONFERENCE ONLY]**<br><br>**DATE**:   February 17, 2011<br>**TIME**:   9:00 a.m.<br>**CTRM**:   1<br>**JUDGE**: Magistrate Craig M. Kellison |

Plaintiff WILLIAM H. CHISM, III., hereby substitutes the following attorney from the Law Office of Mark E. Merin as counsel of record for service in this action as to the Settlement Conference only:

> Mark E. Merin, SBN 043849
> Law Office of Mark E. Merin
> 2001 P Street, Suite 100
> Sacramento, CA 95811
> Telephone:  (916) 443-6911
> E-Mail:  mark@markmerin.com

Plaintiff WILLIAM H. CHISM, III., will continue to represent himself, pro se, as to all other aspects of this case.

DATED: February 14 , 2011                         Respectfully Submitted,

                                                       /s/ - "William H. Chism, III"
                                          By:_____
                                                       William H. Chism, III
                                                       Pro Se

The undersigned consents and accepts to the above substitution as to the Settlement Conference

1

1 only.

2 DATED: February 17, 2011                    Respectfully Submitted,

3                                              LAW OFFICE OF MARK E. MERIN

4

5                                                   /s/ - "Mark E. Merin"
                                              By:_____
6                                                   Mark E. Merin
                                                    Attorneys for Plaintiffs
7

8                                    **ORDER**

9   IT IS SO ORDERED.

10  Dated this 18th day of February, 2011.

11

12

13                                    _[signature: Daniel G. Campbell]_

14   _____
                 David G. Campbell
15               United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2