IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

William H. Chism, III,

        Plaintiff,                          No. 1:08-cv-0103-DGC

vs.

J. Ward, Chief Deputy Warden; Ken Clark, Warden; S. Sherman, Associate Warden; S. Smith, Correctional Lieutenant; Ricky Gomez, Correctional Counselor II; and C. Palmer, Correctional Officer,            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Defendants.
_____/

        William H. Chism, III, inmate # T-33931, a necessary and material witness in a settlement conference in this case on March 17, 2011, is confined in Sierra Conservation Center, 5001 O'Byrnes Ferry Road, Jamestown, California 95327, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #1 on March 17, 2011 at 12:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        3. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum via fax to the Litigation Coordinator at Sierra Conservation Center at (209) 984-8571.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody

of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 24, 2011

_____
David G. Campbell
United States District Judge

chis0103.841(b)