IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Chism, III, | No. 1:08-cv-0103-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| J. Ward, Chief Deputy Warden; Ken Clark, Warden; S. Sherman, Associate Warden; S. Smith, Correctional Lieutenant; Ricky Gomez, Correctional Counselor II; and C. Palmer, Correctional Officer, | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Communication between the court and inmate plaintiff William H. Chism, CDCR # T-33931, is required prior to a settlement conference set before Magistrate Judge Craig M. Kellison on March 17, 2011. By this order, the court directs the Warden and the correctional staff at Sierra Conservation Center to facilitate a teleconference between court representatives Amanda Brown and Alex Zeesman and inmate plaintiff William H. Chism. The teleconference must be a confidential communication between the court representatives and inmate plaintiff Mr. Chism. Mr. Chism must be able to communicate with the court representatives without having his conversation overheard by others, including correctional officers. This order, however, does not prohibit correctional staff from maintaining visual surveillance of Mr. Chism during his

1

teleconference with court representatives.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Warden and correctional staff at Sierra Conservation Center shall facilitate a teleconference between inmate plaintiff William H. Chism and court representatives Amanda Brown and Alex Zeesman.

2. The call shall be placed on March 3, 2011 at 10:00 a.m. and shall continue without interruption, for a maximum of 60 minutes or until completed, whichever is earlier. Court staff shall initiate the teleconference. Correctional staff shall contact Jonathan Crouch in the court's ADR Department prior to the teleconference at (916) 930-4273, and provide the telephone number.

3. The teleconference shall be a confidential communication between the court representatives and the inmate plaintiff and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Chism under visual surveillance during the conversation.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Sierra Conservation Center via facsimile at (209) 984-8571.

DATED this 28th day of February, 2011.

David G. Campbell
United States District Judge