# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Chism, III,<br><br>    Plaintiff,<br><br>v.<br><br>J. Ward, Chief Deputy Warden, et al.,<br><br>    Defendant. | No. 1:08-CV-00103-DGC<br><br>**ORDER SETTING TRIAL** |

A Final Pretrial Conference was held on July 21, 2011. Counsel appeared on behalf of Plaintiff and Defendant. On the basis of the parties' written submissions and the hearing,

**IT IS HEREBY ORDERED:**

1. Trial in this matter shall begin on **October 18, 2011, at 9:00 a.m.** Counsel shall appear in the courtroom **no later than 8:15 a.m.** to discuss final matters, including voir dire and proposed preliminary jury instructions.

2. The trial shall last **4** days (October 18-21, 2011). Plaintiff shall be allotted **8** hours of trial time and Defendant shall be allotted **6** hours of trial time. The Court will keep track of each side's time. Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

3. The parties' proposed final pretrial order was approved by the Court as the final pretrial order in this case. The order shall govern the presentation of evidence and other trial issues, and, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, shall be modified only to prevent manifest injustice. Evidence, objections, legal arguments, and relief

1  not requested or identified in the order shall not be available at trial, except to prevent
2  manifest injustice.
3    4.  The parties shall submit a proposed statement of the case to be read to the jury,
4  proposed preliminary instructions, proposed final instructions, proposed voir dire questions,
5  and a proposed verdict form by **August 12, 2011**.
6    5.  Trial in this matter will be held in the federal courthouse in Fresno, California,
7  (2500 Tulare Street, Courtroom 1, 8th Floor, Fresno, California).
8    DATED this 25th day of July, 2011.

*/s/ David G. Campbell*
_____
David G. Campbell
United States District Judge

- 2 -