# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| William H. Chism III,<br><br>    Plaintiff,<br><br>vs.<br><br>J. Ward, et al.,<br><br>    Defendants. | No. 1:08-CV-0103 DGC<br><br>**ORDER** |

The Court has been advised that this case has settled and that all parties have signed a stipulation for voluntary dismissal with prejudice of this action.

**IT IS ORDERED** that Defendants shall pay to Plaintiff any settlement funds (subject to outstanding restitution obligations) on or before **February 6, 2012**. Plaintiff shall file a stipulation of voluntary dismissal of this action on or before **February 24, 2012**.

**IT IS FURTHER ORDERED** vacating any pending hearings and the jury trial currently set for **October 18, 2011**.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **February 24, 2012** without further leave of Court if Plaintiff fails to file a

stipulation for voluntary dismissal by that date.

Dated this 5th day of October, 2011.

_____
David G. Campbell
United States District Judge