IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| William H. Chism III,<br><br>             Plaintiff,<br><br>vs.<br><br>J. Ward, et al.,<br><br>             Defendants. | No. 1:08-CV-0103 DGC<br><br>**ORDER** |

   Pursuant to stipulation of the parties (Doc. 63),

   **IT IS ORDERED** that the stipulation (Doc. 63) is **granted.**  This action is dismissed with prejudice in its entirety.  Each side shall bear their own attorneys' fees and costs.

   **IT IS FURTHER ORDERED** that the Clerk shall terminate this action.

   Dated this 23rd day of February, 2012.

_____
David G. Campbell
United States District Judge